GABROY LAW OFFICES
Christian Gabroy (#8805)
Jeff Scarborough (#14114)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
jscarborough@gabroy.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHOCOLATE MAGIC LAS VEGAS LLC, a Delaware limited liability company,<br><br>       Plaintiff,<br>vs.<br><br>BLAIR ELLIOT FORD, JR., an individual; CINDY WIX-INGLING, an individual; NORMAN VIDA, an individual; and ALICE KELLY, an individual, inclusive,<br><br>       Defendants. | Case No.: 2:17-cv-00690-GMN-NJK<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR DEFENDANT BLAIR FORD TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff and Defendant Blair Ford ("the parties"), by and through their attorneys of record, hereby stipulate and agree to the following:

1.   Plaintiff served its Complaint on Defendant Blair Ford ("Defendant" or "Ford") on March 11, 20117.

2.   Defendant's response is due to be filed on April 3, 2017.

3.   Defendant shall have until April 17, 2017 to file and serve his response to Plaintiff's Complaint.  This constitutes a two-week extension.

///

///

///

1

4. The foregoing request for enlargement of time is made in good faith to accommodate the schedule of Defendant's counsel, to conduct further due diligence, and is not made for the purpose of delay.

IT IS SO STIPULATED.

Dated this 30th day of March, 2017                    Dated this 30th day of March, 2017

/s/ Christian Gabroy
Christian Gabroy (#8805)
Jeff Scarborough (#14114)
GABROY LAW OFFICES
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
jscarborough@gabroy.com
*Attorneys for Plaintiff*

/s/ John E. Bragonje
Howard E. Cole (#4950)
John E. Bragonje
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Telephone No.: (702) 949-8200
Facsimile No.: (702) 949-8398
jbragonje@lrrc.com
*Attorney for Defendants*

## ORDER

IT IS SO ORDERED Dated: March 31 _____, 2017.

_____
United States Magistrate Judge

2