Howard E. Cole
State Bar No. 4950
John E. Bragonje
State Bar No. 9519
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail:jbragonje@lrrc.com

*Attorneys for Plaintiff Chocolate Magic Las Vegas LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHOCOLATE MAGIC LAS VEGAS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BLAIR ELLIOT FORD, JR., an individual; CINDY WIX-INGLING, an individual; NORMAN VIDA, an individual; and ALICE KELLEY, an individual, inclusive,<br><br>Defendants. | CASE NO.: 2:17-CV-00690-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINE RELATED TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS COMPLAINT [ECF NO. 21]**<br><br>**(FIRST REQUEST)** |

Pursuant to LR6-1, the parties hereby stipulate and agree to extend the deadline for Plaintiff Chocolate Magic Las Vegas, LLC to file its response to Defendant Blair Ford's Motion to Dismiss Complaint (ECF No. 21), which has currently a due date of May 1, 2017.

The parties stipulate to an extension of time for Plaintiff, Chocolate Magic, LLC to file its response on May 15, 2017.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

101139714_1

The foregoing request to extend deadline is made in good faith, and is not made for the purpose of delay.

IT IS SO STIPULATED:

Dated this 26th day of April, 2017.  Dated this 26th day of April, 2017

LEWIS ROCA ROTHGERBER CHRISTIE LLP   GABROY LAW OFFICES

By:*/s/ John E. Bragonje*
   John E. Bragonje
   State Bar No. (9519)
   Email: jbragonje@lrrc.com
   3993 Howard Hughes Pkwy, Suite 600
   Las Vegas, NV 89169-5996
   Tel: 702.949.8200

*Attorneys Defendant Lexon Insurance Company*

By:*/s/ Jeff Scarborough*
   Christian Gabroy
   State Bar No. (8805)
   Email: christian@gabroy.com
   Jeff Scarborough
   State Bar No. (14114)
   Email: jscarborough@gabroy.com
   The District at Green Valley Ranch
   170 S. Green Valley Pkwy., Stuite 280
   Henderson, NV 89012
   Tel: 702.259.7777

*Attorneys Defendant Blair Elliot Ford*

**ORDER**

IT IS SO ORDERED:

_____
UNTIED STATES DISTRICT JUDGE

DATED this  30  day of April, 2017.

101139714_1

2