Howard E. Cole
State Bar No. 4950
John E. Bragonje
State Bar No. 9519
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail:jbragonje@lrrc.com

*Attorneys for Plaintiff/Counterdefendants
Chocolate Magic Las Vegas LLC, Dino Dicienzo
and Douglas Birrell*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHOCOLATE MAGIC LAS VEGAS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BLAIR ELLIOT FORD, JR., an individual; CINDY WIX-INGLING, an individual; NORMAN VIDA, an individual; and ALICE KELLEY, an individual, inclusive,<br><br>Defendants. | CASE NO.: 2:17-CV-00690-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINE RELATED TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS COMPLAINT [ECF NO. 21]**<br><br>**(SECOND REQUEST)** |
| CINDY WIX-INGLING<br><br>Counter-Claimant,<br><br>vs.<br><br>CHOCOLATE MAGIC LAS VEGAS LLC, a Delaware Limited Liability Company; DINO DICIENZO, an individual; DOUGLAS BIRRELL, an individual; inclusive,<br><br>Counter-Defendants. | |

Pursuant to LR6-1, the parties hereby stipulate and agree to extend the deadline for Plaintiff Chocolate Magic Las Vegas, LLC to file its response to Defendant Blair Ford's Motion to Dismiss Complaint (ECF No. 21), which has a current due date of May 15, 2017. This Court previously granted the parties' first request, extending the deadline through May 15, 2017. (ECF

No. 24.) However, since the first extension was requested, counsel for the non-movant has learned that the client contact with whom he must work to prepare the evidence required by the response is traveling internationally and will be unavailable in the immediate future. To allow for this, the parties stipulate to an extension of time for Plaintiff Chocolate Magic Las Vegas, LLC to file its response through and including May 23, 2017.

The foregoing request to extend a deadline is made in good faith, and is not made for the purpose of delay.

IT IS SO STIPULATED:

Dated this 4th day of May, 2017.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By:*/s/ John E. Bragonje*
John E. Bragonje
State Bar No. (9519)
Email: jbragonje@lrrc.com
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200

*Attorneys Defendant Lexon Insurance Company*

Dated this 4th day of May, 2017

GABROY LAW OFFICES

By:*/s/ Christian Gabroy*
Christian Gabroy
State Bar No. (8805)
Email: christian@gabroy.com
Jeff Scarborough
State Bar No. (14114)
Email: jscarborough@gabroy.com
The District at Green Valley Ranch
170 S. Green Valley Pkwy., Stuite 280
Henderson, NV 89012
Tel: 702.259.7777

*Attorneys Defendant Blair Elliot Ford*

**ORDER**

IT IS SO ORDERED:

_____
UNTIED STATES DISTRICT JUDGE

DATED: May 5, 2017

101220891_1

2