# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHOCOLATE MAGIC LAS VEGAS, LLC, | Case No. 2:17-cv-00690-GMN-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket Nos. 41, 43) |
| BLAIR ELLIOT FORD, JR., et al., | |
| Defendant(s). | |

Pending before the Court is a motion to strike a document that was improperly filed as a stipulation. Docket No. 43; *see also* Docket No. 41. The Court hereby **GRANTS** the motion to strike at Docket No. 43, and **INSTRUCTS** the Clerk's Office to strike the document filed at Docket No. 41.

IT IS SO ORDERED.

DATED: June 2, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge