# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHOCOLATE MAGIC LAS VEGAS, LLC,

    Plaintiff(s),

vs.

BLAIR ELLIOT FORD, JR., et al.,

    Defendant(s).

Case No. 2:17-cv-00690-GMN-NJK

ORDER

On May 24, 2017, the parties filed a status report indicating that discovery should be stayed in light of Defendant Ford's motion to dismiss because it was brought pursuant to Nevada's Anti-SLAPP statute. *See* Docket No. 35 (discussing N.R.S. 41.660(3)(e)(1)). The Court then requested a supplemental statement to address several issues with respect to that position. Docket No. 38. The parties have now filed that supplemental statement, again unanimously agreeing that discovery should be stayed. Docket No. 42. The Court continues to have concerns as to whether (1) the discovery stay provision in Nevada's Anti-SLAPP statute must apply in federal court proceedings, *cf. Metabolic Research, Inc. v. Ferrell*, 693 F.3d 795, 801-02 (9th Cir. 2012) (despite recognizing the parallel provision that discovery must be stayed pending any appeal from the ruling on the motion to dismiss, finding that immediate appeal of order denying motion to dismiss was improper and that any harm in proceeding with the case could be redressed through an award of costs and fees), and, (2) assuming such provision applies in federal court, whether it operates to stay discovery involving defendants who have not themselves brought an Anti-SLAPP motion to dismiss and instead answered the complaint.

Nonetheless, the parties are in agreement that it is in the interest of the parties and the Court that all discovery be stayed in this case pending resolution of Defendant Ford's motion to dismiss. Docket No. 42. Pursuant to the objectives outlined in Rule 1 of the Federal Rules of Civil Procedure, the Court will **STAY** discovery in this case pending resolution of Defendant Ford's motion to dismiss. In the event that motion is not granted in full, the parties shall file a discovery plan within 14 days of the issuance of the order resolving that motion.

IT IS SO ORDERED.

DATED: June 2, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge