**SAO**
Gabroy Law Offices
Christian Gabroy (#8805)
Jeff Scarborough (#14114)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHOCOLATE MAGIC LAS VEGAS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>BLAIR ELLIOT FORD, JR., an individual; CINDY WIX-INGLING, an individual; NORMAN VIDA, an individual; and ALICE KELLY, an individual, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00690-GMN-NJK<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED, by and between Plaintiff Chocolate Magic Las Vegas, LLC and Defendant Blair Elliot Ford, Jr. through their respective counsel that Plaintiff filed its Response to Motion to Dismiss on May 23, 2017.

It is stipulated and agreed by and between Plaintiff and Defendant to extend the deadline for Defendant Ford to file its Reply to Plaintiff's Response to Motion to Dismiss which has a current due date of May 30, 2017 be extended to June 13, 2017. Such request of fourteen (14) days is herein made in good faith as Defendant Ford's counsel needs further time for such pleading as Defendant Ford's counsel has work commitments and needs additional time to complete such Reply to Plaintiff's Response to Motion to

Page 1 of 2

Dismiss.

It is hereby ordered and agreed that Defendant Ford has an additional fourteen (14) days to Reply to Plaintiff's Response to Motion to Dismiss (Dkt. 33). Defendant Ford's deadline to reply to Plaintiff's Response to Motion to Dismiss will be extended up to and including June 13, 2017.

The foregoing request for extension of deadline is made in good faith and is not made for the purpose of delay.

DATED this 24th day of May 2017.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | GABROY LAW OFFICES |
|---|---|
| By: __/s/ John Bragonje__<br>John Bragonje, Esq.<br>LEWIS ROCA ROTHBERGER CHRISTIE LLP<br>3993 Howard Hughes Parkway Suite 600<br>Las Vegas, NV 89169<br>Telephone: 702-949-8200<br>Fax No.: 702-949-8398<br>jbragonje@lrrc.com | By: __/s/Christian Gabroy__<br>Christian Gabroy, Esq.<br>Jeff Scarborough, Esq.<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>christian@gabroy.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant Blair Ford* |

**IT IS ORDERED.**

_____
United States District Judge
Dated:

_____
June 18, 2017