Howard E. Cole
State Bar No. 4950
John E. Bragonje
State Bar No. 9519
Jennifer K. Hostetler
State Bar No. 11994
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: jbragonje@lrrc.com
E-mail: jhostetler@lrrc.com

*Attorneys for Plaintiff/Counterdefendants*
*Chocolate Magic Las Vegas LLC, Dino DiCienzo*
*and Douglas Birrell*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHOCOLATE MAGIC LAS VEGAS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BLAIR ELLIOT FORD, JR., an individual; CINDY WIX-INGLING, an individual; NORMAN VIDA, an individual; and ALICE KELLEY, an individual, inclusive,<br><br>Defendants. | CASE NO.: 2:17-CV-00690-GMN-NJK<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DEADLINE FOR COUNTER-DEFENDANTS DINO DICIENZO AND DOUGLAS BIRRELL TO RESPOND TO THE COUNTERCLAIM [ECF NO. 14]**<br><br>**(FIRST REQUEST)** |
| CINDY WIX-INGLING<br><br>Counter-Claimant,<br><br>vs.<br><br>CHOCOLATE MAGIC LAS VEGAS LLC, a Delaware Limited Liability Company; DINO DICIENZO, an individual; DOUGLAS BIRRELL, an individual; inclusive,<br><br>Counter-Defendants. | |

The parties hereby stipulate and agree to stay the deadline for Counter-defendants Dino DiCienzo and Douglas Birrell to answer or otherwise respond to Defendant/Counterclaimant

1  Cindy Wix-Ingling's Counterclaim (ECF No. 14) which has a current due date of July 3, 2017.

2  Pending before the Court are the following motions: (1) Defendant Blair Ford's Special
3  Motion to Dismiss Plaintiff's Complaint Pursuant to NRS 41.660 and Motion to Dismiss Pursuant
4  to FRCP 12(b)(6) (ECF No. 21) ("Anti-SLAPP Motion"); and (2) Plaintiff Chocolate Magic Las
5  Vegas LLC's ("Chocolate Magic") Motion to Dismiss Three of Counterclaimant's Seven Causes
6  of Action Pursuant to Rule 12(b)(6) (ECF No. 27) ("Motion to Dismiss").

7  In view of the pending motions, the undersigned parties have conferred and agree to stay
8  the deadline for Counter-defendants Dino DiCienzo and Douglas Birrell to answer or otherwise
9  respond to Defendant/Counterclaimant Cindy Wix-Ingling's Counterclaim pending this Court's
10 ruling on the Anti-SLAPP Motion and Chocolate Magic's Motion to Dismiss. Rulings on these
11 motions will necessarily impact which claims and issues will proceed in this case including which
12 counterclaims will proceed against Mr. DiCienzo and Mr. Birrell. Additionally, discovery in this
13 matter is currently stayed pending a ruling on the Anti-SLAPP Motion. The parties agree that, in
14 the interest of judicial economy and conservation of party resources, a stay is proper.

15 The parties further stipulate that Dino DiCienzo's and Douglas Birrell's responses to
16 Defendant/Counter-claimant Cindy Wix-Ingling's Counterclaim will be due fifteen (15) days after
17 this Court issues a ruling on the Anti-SLAPP Motion and Chocolate Magic's Motion to Dismiss,
18 whichever is later.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    The foregoing request to stay is made in good faith, and is not made for the purpose of
2    delay.
3       IT IS SO STIPULATED:
4    Dated this 27th day of June, 2017.          Dated this 27th day of June, 2017
5    LEWIS ROCA ROTHGERBER CHRISTIE LLP     JESSE SBAIH & ASSOCIATES, LTD.

By: /s/ Jennifer K. Hostetler              By: /s/ Jesse M. Sbaih
    Howard E. Cole                             Jesse M. Sbaih
    State Bar No. (4950)                       State Bar No. (7898)
    Email: hcole@lrrc.com                      Email: jsbaih@sbaihlaw.com
    John E. Bragonje                           Ines Olevic-Saleh
    State Bar No. (9519)                       State Bar No. (11431)
    Email: jbragonje@lrrc.com                  Email: iolevic@sbaihlaw.com
    Jennifer K. Hostetler                      The District at Green Valley Ranch
    State Bar No. (11994)                      170 S. Green Valley Pkwy., Suite 280
    Email: jhostetler@lrrc.com                 Henderson, NV 89012
    3993 Howard Hughes Pkwy, Suite 600         Tel: 702.896.2529
    Las Vegas, NV 89169-5996
    Tel: 702.949.8200                       *Attorneys Defendant/Counterclaimant
                                            Cindy Wix-Ingling*
 *Attorneys for Plaintiff/Counterdefendants
 Chocolate Magic Las Vegas LLC, Dino
 DiCienzo and Douglas Birrell*

## ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: June 28, 2017

101745910_1                              3