Howard E. Cole
State Bar No. 4950
John E. Bragonje
State Bar No. 9519
Jennifer K. Hostetler
State Bar No. 11994
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: jbragonje@lrrc.com
E-mail: jhostetler@lrrc.com

*Attorneys for Plaintiff/Counterdefendants
Chocolate Magic Las Vegas LLC, Dino DiCienzo,
and Douglas Birrell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHOCOLATE MAGIC LAS VEGAS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BLAIR ELLIOT FORD, JR., an individual; CINDY WIX-INGLING, an individual; NORMAN VIDA, an individual; and ALICE KELLEY, an individual, inclusive,<br><br>Defendants.<br><br>―――――――――――――――――――<br>CINDY WIX-INGLING<br><br>Counter-Claimant,<br><br>vs.<br><br>CHOCOLATE MAGIC LAS VEGAS LLC, a Delaware Limited Liability Company; DINO DICIENZO, an individual; DOUGLAS BIRRELL, an individual; inclusive,<br><br>Counter-Defendants. | CASE NO.: 2:17-CV-00690-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINE RELATED TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS ON TWO OF BLAIR FORD'S COUNTERCLAIMS [ECF NO. 82]**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1, the parties hereby stipulate and agree to extend the deadline for

Plaintiff Chocolate Magic Las Vegas, LLC to file its reply in support of its Motion for Judgment

104855242_1

on the Pleadings on Two of Blair Ford's Counterclaims (ECF No. 82), which has a current due date of May 4, 2018. The parties stipulate that Plaintiff may have up to and including May 10, 2018 to file its reply.

The foregoing request is made in good faith in order to accommodate the schedule of Plaintiff's counsel and is not made for the purposes of delay.

IT IS SO STIPULATED:

| Dated this 3rd day of May, 2018. | Dated this 3rd day of May, 2018 |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | GABROY LAW OFFICES |
| By:*/s/ Jennifer K. Hostetler*<br>John E. Bragonje<br>State Bar No. (9519)<br>Email: jbragonje@lrrc.com<br>Jennifer K. Hostetler<br>State Bar No. (11994)<br>Email: jhostetler@lrrc.com<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Tel: 702.949.8200 | By:*/s/ Christian Gabroy*<br>Christian Gabroy<br>State Bar No. (8805)<br>Email: christian@gabroy.com<br>Elizabeth Aronson<br>State Bar No. (14472)<br>Email: earonson@gabroy.com<br>The District at Green Valley Ranch<br>170 S. Green Valley Pkwy., Stuite 280<br>Henderson, NV 89012<br>Tel: 702.259.7777 |
| *Attorneys for Plaintiff/Counterdefendants Chocolate Magic Las Vegas LLC, Dino DiCienzo, and Douglas Birrell* | *Attorneys Defendant Blair Elliot Ford* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: May 3, 2018.