Howard E. Cole
State Bar No. 4950
John E. Bragonje
State Bar No. 9519
Jennifer K. Hostetler
State Bar No. 11994
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: jbragonje@lrrc.com
E-mail: jhostetler@lrrc.com

*Attorneys for Plaintiff/Counterdefendants
Chocolate Magic Las Vegas LLC, Dino DiCienzo,
and Douglas Birrell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHOCOLATE MAGIC LAS VEGAS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BLAIR ELLIOT FORD, JR., an individual; CINDY WIX-INGLING, an individual; NORMAN VIDA, an individual; and ALICE KELLEY, an individual, inclusive,<br><br>Defendants. | CASE NO.: 2:17-CV-00690-APG-NJK<br><br><br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND COUNTERCLAIMS RE: CINDY WIX-INGLING** |
| CINDY WIX-INGLING<br><br>Counter-Claimant,<br><br>vs.<br><br>CHOCOLATE MAGIC LAS VEGAS LLC, a Delaware Limited Liability Company; DINO DICIENZO, an individual; DOUGLAS BIRRELL, an individual; inclusive,<br><br>Counter-Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counter-defendants Chocolate Magic Las Vegas LLC, Dino DiCienzo, and Douglas Birrell and Defendant/Counter-claimant Cindy Wix-Ingling (hereinafter "Parties"), by and through counsel, hereby stipulate and agree that all claims and causes of action asserted by the Parties in the above-captioned action including all counterclaims, shall be and hereby are dismissed with prejudice, each party to bear their own costs and attorneys' fees.

IT IS SO STIPULATED this 1st day of November, 2018:

LEWIS ROCA ROTHGERBER CHRISTIE LLP    JESSE SBAIH & ASSOCIATES, LTD.

By: */s/ Jennifer K. Hostetler*
   HOWARD E. COLE
   JOHN E. BRAGONJE
   JENNIFER K. HOSTETLER
   3993 Howard Hughes Pkwy, Suite 600
   Las Vegas, NV 89169-5996

By: */s/ Jesse M. Sbaih*
   JESSE M. SBAIH
   INES OLEVIC-SALEH
   The District at Green Valley Ranch
   170 S. Green Valley Pkwy., Suite 280
   Henderson, NV 89012

*Attorneys for Plaintiff/Counterdefendants*
Chocolate Magic Las Vegas LLC, Dino
DiCienzo, and Douglas Birrell

*Attorneys Defendant/Counterclaimant*
*Cindy Wix-Ingling*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: November 1, 2018.