Howard E. Cole
State Bar No. 4950
John E. Bragonje
State Bar No. 9519
Jennifer K. Hostetler
State Bar No. 11994
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: jbragonje@lrrc.com
E-mail: jhostetler@lrrc.com

*Attorneys for Plaintiff/Counterdefendants*
*Chocolate Magic Las Vegas LLC, Dino DiCienzo,*
*and Douglas Birrell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHOCOLATE MAGIC LAS VEGAS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BLAIR ELLIOT FORD, JR., an individual; CINDY WIX-INGLING, an individual; NORMAN VIDA, an individual; and ALICE KELLEY, an individual, inclusive,<br><br>Defendants.<br><hr>BLAIR ELLIOT FORD, JR.<br><br>Counter-Claimant,<br><br>vs.<br><br>CHOCOLATE MAGIC LAS VEGAS LLC, a Delaware Limited Liability Company; DINO DICIENZO, an individual; DOUGLAS BIRRELL, an individual; inclusive,<br><br>Counter-Defendants. | CASE NO.: 2:17-CV-00690-APG-NJK<br><br><br><br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND COUNTERCLAIMS RE: BLAIR ELLIOT FORD, JR.** |

106313848_2

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counter-defendants Chocolate Magic Las Vegas LLC, Dino DiCienzo, and Douglas Birrell and Defendant/Counter-claimant Blair Elliot Ford, Jr. (hereinafter "Parties"), by and through counsel, hereby stipulate and agree that all claims and causes of action asserted by the Parties in the above-captioned action including all counterclaims, shall be and hereby are dismissed with prejudice, each party to bear their own costs and attorneys' fees.

IT IS SO STIPULATED this 21st day of November, 2018:

| | |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | GABROY LAW OFFICES |
| By: */s/ Jennifer K. Hostetler*<br>HOWARD E. COLE<br>JOHN E. BRAGONJE<br>JENNIFER K. HOSTETLER<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br><br>*Attorneys for Plaintiff/Counterdefendants*<br>Chocolate Magic Las Vegas LLC, Dino DiCienzo, and Douglas Birrell | By: */s/ Christian Gabroy*<br>CHRISTIAN GABROY<br>The District at Green Valley Ranch<br>170 S. Green Valley Pkwy., Suite 280<br>Henderson, NV 89012<br><br>*Attorneys Defendant/Counterclaimant*<br>Blair Elliot Ford |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: November 21, 2018.